# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **DOCKET NO: 3:15CR220-1** |
| **V.** | ) | **ORDER** |
| | ) | |
| **PIERRE BUISSERETH - 1** | ) | |
| | ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **PIERRE BUISSERETH.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: March 9, 2017

Frank D. Whitney
Chief United States District Judge