IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:15-cr-220-FDW |
| v. | ) | |
| (1) PIERRE BUISSERETH <br> (3) TOCCARA QUANTAVIA KING | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America, with consent of Defendants Pierre Buissereth and Toccara Quantavia King, to dismiss without prejudice the charges against Defendants Pierre Buissereth and Toccara Quantavia King in the above-captioned Bill of Indictment, because they have pleaded guilty to related bills of information in 3:19-cr-132-FDW and 3:19-cr-196-FDW.

IT IS HEREBY ORDERED that the motion be GRANTED and that the charges against Defendants Pierre Buissereth and Toccara Quantavia King in the above-captioned Bill of Indictment be dismissed without prejudice.

SO ORDERED.

_____
Frank D. Whitney
Chief United States District Judge